Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER HEGGUM,<br><br>Defendant. | **CASE NO.: 2:12-CV-02130-PHX-SRB**<br><br>**DECLARATON OF STEVEN JAMES GOODHUE** |

I, Steven James Goodhue, declare as follows:

1. I am an attorney at law licensed to practice in Arizona, and admitted in the District of Arizona.

2. I am counsel of record for Plaintiff in the above captioned matter.

3. Plaintiff made attempts to serve the Defendant on five (5) separate occasions, but Plaintiff's process server was unable to serve him.  Plaintiff believes that the Defendant is deliberately avoiding service, so Plaintiff has hired a new process server to attempt to effectuate service; but if those efforts fail, Plaintiff will file a motion for serve the Defendant by alternative means.

1

4. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

Dated this 6th day of February, 2013



_____
Steven James Goodhue