IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF Holdings LLC, | No. CV-12-02130-PHX-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| Christopher Heggum, | |
| Defendant. | |

The Court has reviewed Plaintiff's Response to Order to Show Cause.

IT IS ORDERED extending the date for service on Defendant Christopher Heggum until April 6, 2013.

DATED this 7th day of February, 2013.

_Susan R. Bolton_
Susan R. Bolton
United States District Judge