IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF Holdings LLC, ) | No. CV 12-02130-PHX-SRB |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Christopher Heggum, ) | |
| ) | |
| Defendant. ) | |
| ) | |

After review of the docket the Court notes that the Complaint was filed on October 9, 2012. On January 10, 2013 this Court issued its Order advising Plaintiff:

> IT IS ORDERED pursuant to Rule 4(m), Fed. R. Civ. P., that this action shall be dismissed without further notice after February 6, 2013, unless before then Plaintiff has served defendant with the summons and complaint and has filed with the Clerk of the Court proof thereof pursuant to Rule 4(*l*) or has shown good cause for the failure to timely serve

On February 6, 2013 Plaintiff filed a Response to Order to Show Cause. On February 7, 2013, in response to Plaintiff Response to Order to Show Cause, this Court issued an Order extending the time to serve the defendant with the summons and complaint until April 6, 2013. Plaintiff have failed to serve the summons and complaint;

/ / /

/ / /

/ / /

1    IT IS ORDERED dismissing this case.

3    DATED this 9th day of April, 2013.

_____
Susan R. Bolton
United States District Judge